FILED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Mag. Case Number: '07 MJ 2390 |
| | ) | |
| Plaintiff, | ) | COMPLAINT FOR VIOLATION OF |
| | ) | |
| v. | ) | Title 21, U.S.C., Sections 952 and 960 |
| | ) | Importation of a Controlled Substance |
| Jose Leonel MAGANA | ) | |
| Defendant, | ) | |

The undersigned complaint being duly sworn states:

On or about October 8, 2007, within the Southern District of California, Jose Leonel MAGANA, did knowingly and intentionally import approximately 50.65 kilograms of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
SPECIAL AGENT Scott Lensky
U.S. IMMIGRATION and
CUSTOMS ENFORCEMENT

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 8th DAY OF OCTOBER, 2007.

MAGISTRATE JUDGE

Probable Cause Statement

At approximately 0615 hrs on 10/08/07, at the San Ysidro Port of Entry, CBP Officer Rene Tejada was assigned to the Vehicle Primary Lane number 6 when Jose MAGANA made entry into the United States driving a red Ford F-150 bearing CA license 6L40865. MAGANA stated he was a US Citizen and presented his valid California Driver's License. CBP Officer Tejada noticed MAGANA hands were shaking as he handed over the license. CBP Officer received a negative declaration from MAGANA. CBP Officer noted MAGANA kept eating his burrito quickly as he asked him questions. MAGANA stated he has owned the vehicle for two months. MAGANA explained he was going to work in Otay Mesa. CBP Officer Tejada received a second negative declaration. MAGANA turned off the vehicle and handed the keys to CBP Officer Tejada. CBP Officer again noticed MAGANA's hands were shaking. MAGANA explained to CBP Officer Tejada he had not had any mechanical work done to the vehicle recently. CBP Officer Tejada conducted a cursory inspection of the vehicle and noticed that the rear passenger tire tapped solid. CBP Officer Tejada called for a canine to screen the vehicle. Canine Enforcement Officer Mark Schneider informed CBP Officer Tejada that his service canine alerted to the rear tire of the vehicle. CBP Officer Tejada then handcuffed MAGANA and turned him over to the ATCET and CBP Officer Ware. MAGANA was escorted to the Security Office for further inspection and the vehicle was driven to the Secondary Lot for an Intensive Inspection.

Canine Enforcement Officer Mark Schneider and his detector dog "Tygo" made contact with the driver (identified as Jose MAGANA) of a red Ford F-150 bearing CA license 6L40865 while conducting pre-primary roving operations. CEO Schneider noted "Tygo" alerted to the rear driver side tire of the vehicle. MAGANA was the sole occupant of the vehicle. CBP Officer Tejada was notified of the alert to the vehicle.

CBP Officer Jacobo was assigned to the Secondary Lot at the San Ysidro POE when he was assigned to complete an inspection on a red Ford F-150 bearing CA/US license plates 6L40865 driven by MAGANA. CBP Officer Jacobo had a member of the ATCET x-ray the vehicle. The x-rays showed discrepancies in the tires of the vehicle. CBP Officer Jacobo contacted American Towing and a contract mechanic removed all four tires from the vehicle. CBP Officer Jacobo cut into a tire and saw numerous packages wrapped in black electrical tape.

The search conducted at secondary by CBP Officer Jacobo revealed numerous packages in all four tires of the vehicle. One of the packages was probed, and it field-tested positive for marijuana. A total of twenty packages were removed from the vehicle, with a weight of approximately 50.65 kilograms (111.43 pounds).

On 10/08/07, ICE Special Agents Scott Lensky and Estela Clark approached MAGANA. MAGANA stated he was willing to speak to agents, and a video-recorded interview of the defendant was conducted in the Spanish language at approximately 1040 hours. This interview was conducted in the presence of the undersigned ICE Special Agent (SA) and SA Clark. MAGANA was Mirandized in the presence of those agents, waived his rights

and executed a written waiver indicating his agreement to answer questions without the presence of an attorney. During the interview, MAGANA appeared to be healthy and did not appear to be intoxicated, ill, or under the influence of narcotics. He was alert, responsive, and appeared capable of communicating, and he offered appropriate responses to questions. He did not appear to be unusually nervous or fearful. No promises or threats were made to elicit MAGANA's statement. During the interview, MAGANA made the following statements:

MAGANA stated he was recruited by an individual known to him as Juan de Dios. MAGANA was going to be paid $500 to drive the narcotic-laden vehicle into the United States. MAGANA was supposed to drop the vehicle off at a parking lot next to the Pay Less Shoe Store and Church's Chiken Restaurant in San Ysidro, California. MAGANA knew there was marijuana in the vehicle.

MAGANA agreed to smuggle for Juan de Dios during on the night of October 6, 2007 at The Aloha Restaurant in Tijuana, Mexico. MAGANA picked up the Ford F-150 on the morning of October 8, 2007 from a $2.00 pay parking lot in Tijuana, Mexico. MAGANA was given no detailed instructions from Juan de Dios. MAGANA stated he was only instructed to cross the vehicle and drop it off. After dropping off the vehicle MAGANA was supposed to return to his home in Mexico and wait for a phone call from Juan de Dios to return to the US and pick up the Ford F-150. When MAGANA picked up the vehicle, the $500 would be somewhere in the truck. MAGANA was not sure if he was followed or watched, and needed the money to buy essential food items for his family.

Dated: 10/08/07

Scott Lensky
Special Agent
U.S. Immigration & Customs Enforcement