FILED
2007 NOV -9 PM 2:40

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

July 2007 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. '07 CR 3057 WQH |
| Plaintiff, | I N D I C T M E N T |
| v. | Title 21, U.S.C., Secs. 952 and 960 - Importation of Marijuana; |
| JOSE LEONEL MAGANA, | Title 21, U.S.C., Sec. 841(a)(1) - Possession of Marijuana with |
| Defendant. | Intent to Distribute |

The grand jury charges:

Count 1

On or about October 8, 2007, within the Southern District of California, defendant JOSE LEONEL MAGANA did knowingly and intentionally import 50 kilograms and more, to wit: approximately 50.65 kilograms (111.43 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

//
//
//
//

ABC:fer:San Diego
11/8/07

## Count 2

On or about October 8, 2007, within the Southern District of California, defendant JOSE LEONEL MAGANA did knowingly and intentionally possess, with intent to distribute, 50 kilograms and more, to wit: approximately 50.65 kilograms (111.43 pounds) of marijuana, a Schedule I Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

DATED: November 9, 2007.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
AARON B. CLARK
Assistant U.S. Attorney