```
 1  GARY P. BURCHAM
    California Bar No. 190780
 2  964 Fifth Avenue; Suite 300
    San Diego, CA 92101
 3  Telephone: (619) 699-5930

 4  Attorney for Jose Leonel Magana

 5

 6

 7

 8                    UNITED STATES DISTRICT COURT

 9                   SOUTHERN DISTRICT OF CALIFORNIA

10                    (HONORABLE WILLIAM Q. HAYES)

11  UNITED STATES OF AMERICA,      )  Case No. 07CR3057-WQH
                                   )
12           Plaintiff,            )  Date: January 2, 2008
                                   )  Time: 2:00 p.m.
13  v.                             )
                                   )  NOTICE OF MOTIONS AND MOTIONS
14  JOSE LEONEL MAGANA,            )  TO:
                                   )
15           Defendant.            )  1) COMPEL DISCOVERY;
                                   )  2) FILE FURTHER MOTIONS
16                                 )
    _____)
17
    TO:     KAREN P. HEWITT, UNITED STATES ATTORNEY, and
18          _____, ASSISTANT UNITED STATES ATTORNEY

19          PLEASE TAKE NOTICE that on Tuesday, January 2, 2008, at 2:00

20  p.m., or as soon thereafter as counsel may be heard, the defendant, Jose

21  Leonel Magana, by and through his attorney, Gary P. Burcham, will ask

22  this Court to enter an order granting the motions listed below.

23  //

24  //

25  //

26  //

27  //

28  //
```

**MOTIONS**

Jose Leonel Magana, the defendant in this case, by and through his attorney, Gary P. Burcham, pursuant to the Amendments to the United States Constitution, Fed. R. Crim. P., and all other applicable statutes, case law and local rules, hereby moves this Court for an order:

1) to compel discovery;

2) to file further motions.

These motions are based upon the instant motions and notice of motions, the attached statement of facts and memorandum of points and authorities, and any and all other materials that may come to this Court's attention at the time of the hearing on these motions.

Respectfully submitted,

Dated: December 17, 2007        /s/ Gary P. Burcham
                                GARY P. BURCHAM
                                Attorney for Jose Leonel Magana

```
                    UNITED STATES DISTRICT COURT

                  FOR THE SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,        )   U.S.D.C. No. 07CR3057-WQH
                                 )
         Plaintiff-Appellee,     )   CERTIFICATE OF SERVICE
v.                               )
                                 )
JOSE LEONEL MAGANA,              )
                                 )
         Defendant-Appellant.    )
                                 )
```

IT IS HEREBY CERTIFIED THAT:

I, GARY P. BURCHAM, am a citizen of the United States and am at least eighteen years of age. My business address is 964 Fifth Avenue, Suite 300, San Diego, CA 92101.

I am not a party to the above-entitled action. I have caused service of Defendant's Motion For Discovery and For Leave To File Further Motions on the following party or parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies him/her.

**United States Attorney's Office**
**Border Crimes Unit**
**880 Front Street**
**San Diego, CA 92101**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 17, 2007.

                                    /s/ Gary P. Burcham
                                    GARY P. BURCHAM

07CR3057-WQH