UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

FILED

JUN 20 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: ASW   DEPUTY

United States of America

v.

Jose Leonel Magana

USCA No.   08-50211

USDC No.   07cr3057 WQH

Date Transcripts Filed:   4/18/2008

### CERTIFICATE OF RECORD

This certificate is submitted in conformance with Circuit Rule 11-3 of the Rules of the U.S. Court of Appeals for the Ninth Circuit. The record on appeal, consisting of the trial transcript (if any) and the Trial Court Clerk's record, is ready for the purposes of the appeal. This record is available in the office of the U.S. District Clerk identified below.

The documents comprising the Trial Court Clerk's record have been numbered in conformance with Rule 11(b) of the Federal Rules of Appellate Procedure. These document numbers are reflected on the U.S. District Court docket sheet and should be used for reference purposes in the briefs.

The actual filing date for this document in the U.S. Court of Appeals will initiate the briefing schedule in civil cases (including habeas corpus cases). All parties in civil cases will receive separate notification of this filing date. In criminal cases, the briefing schedule is set by a Time Schedule Order from the U.S. Court of Appeals.

Date:   June 20, 2008

W. Samuel Hamrick, Jr., Clerk of Court
U.S. District Court for the Southern District of California

By:   **A. WOODEN**

Autumn Wooden, Deputy Clerk

# UNITED STATES DISTRICT COURT

Southern District Of California
Office Of The Clerk
880 Front Street, Room 4290
San Diego, California 92101-8900
Phone: (619) 557-5600
Fax: (619) 702-9900

W. Samuel Hamrick, Jr.
Clerk of Court

To:   Clerk, U.S. Court of Appeals
P.O. Box 193939
San Francisco, CA 94119-3939

Re:   USCA No:   08-50211
USDC No:   07cr3057 WQH
USA v. Magana

Clerk, U.S. Court of Appeals, enclosed herewith you will please find:

|   | | | | | |
|---|---|---|---|---|---|
|   | Copy of the Notice of Appeal |   | | Docket Entries | |
|   | Case Information/Docket Fee Payment Notification Form | | | | |
|   | Order for Time Schedule (Criminal) | | | | |
|   | Original Clerk's Record in |   | set(s) of |   | volume(s). |
|   | Reporter's transcript's transcripts in |   | set(s) of |   | volume(s). |
|   | Clerk's supplemental record in |   | set(s) of |   | volume(s). |
|   | Exhibits in |   | envelope(s) |   | box(es) |   | folders(s) |
|   | Judgement Order | OR |   | F/P Order | |
|   | CJA Form 20 | OR |   | Minute Order | |
| ✖ | Certificate of Record | OR |   | Mandate Return | |
|   | Amended docket fee notification form | | | | |
|   | Order Appointing Counsel for Appeal | | | | |
|   |   | | | | |
| ✖ | Please acknowledge on the enclosed copy of this transmittal | | | | |

Sincerely yours,

W. Samuel Hamrick, Jr.
Clerk of Court

Date:   06/20/08                    By:___**A. WOODEN**_____
                                       Autumn Wooden, **Deputy**