# UNITED STATES DISTRICT COURT

Southern District Of California
Office Of The Clerk
880 Front Street, Room 4290
San Diego, California 92101-8900
Phone: (619) 557-5600
Fax: (619) 702-9900

RECEIVED
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS
PASADENA OFFICE

JUN 26 2008

W. Samuel Hamrick, Jr.
Clerk of Court

FILED _____
DOCKETED _____
                    DATE        INITIAL

To:    Clerk, U.S. Court of Appeals
       P.O. Box 193939
       San Francisco, CA 94119-3939

**FILED**

JUL 07 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY        AKK              DEPUTY

Re:    USCA No:    08-50211
       USDC No:    07cr3057 WQH
       USA v. Magana

Clerk, U.S. Court of Appeals, enclosed herewith you will please find:

|   | | | | | |
|---|---|---|---|---|---|
|   | Copy of the Notice of Appeal | | | | Docket Entries |
|   | Case Information/Docket Fee Payment Notification Form | | | | |
|   | Order for Time Schedule (Criminal) | | | | |
|   | Original Clerk's Record in | | set(s) of | | volume(s). |
|   | Reporter's transcript's transcripts in | | set(s) of | | volume(s). |
|   | Clerk's supplemental record in | | set(s) of | | volume(s). |
|   | Exhibits in | | envelope(s) | box(es) | folders(s) |
|   | Judgement Order | **OR** | | F/P Order | |
|   | CJA Form 20 | **OR** | | Minute Order | |
| ✖ | Certificate of Record | **OR** | | Mandate Return | |
|   | Amended docket fee notification form | | | | |
|   | Order Appointing Counsel for Appeal | | | | |
|   |  | | | | |
| ✖ | Please acknowledge on the enclosed copy of this transmittal | | | | |

Sincerely yours,

W. Samuel Hamrick, Jr.
Clerk of Court

Date:    06/20/08          By:___ **A. WOODEN** _____

Autumn Wooden, **Deputy**